UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:07-cr-136 |
| v. | ) |
| | ) Judge Edgar/Carter |
| MARQUIS DUDLEY | ) |

## ORDER OF DISMISSAL

Upon motion of the United States of America, and for good cause shown, the forfeiture allegation as to:

(a) $23,516.00 in United States Currency, seized by the Drug Enforcement Administration on October 24, 2007;

as charged in the Indictment in the above-styled case, is hereby ORDERED dismissed without prejudice.

ENTER:

*/s/ R. Allen Edgar*
R. Allen Edgar
United States District Judge

Submitted by:

JAMES R. DEDRICK
United States Attorney

By: s/ Scott Winne
Scott Winne
Assistant United States Attorney